IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kendricks, Monica

Printed: 12/28/07

Case Number: 05 B 28071
Judge: Wedoff, Eugene R
Filed: 7/14/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 7, 2007
Confirmed: September 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 41,671.15 |  |
| Secured: |  | 29,477.28 |
| Unsecured: |  | 4,590.16 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,872.41 |
| Trustee Fee: |  | 2,054.49 |
| Other Funds: |  | 2,676.81 |
| Totals: | 41,671.15 | 41,671.15 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,872.41 | 2,872.41 |
| 2. | Ameriquest Mortgage Company | Secured | 17,760.84 | 17,760.84 |
| 3. | City of Chicago Heights | Secured | 191.00 | 191.00 |
| 4. | Ameriquest Mortgage Company | Secured | 18,931.75 | 5,303.11 |
| 5. | Ford Motor Credit Corporation | Secured | 6,222.33 | 6,222.33 |
| 6. | Capital One | Unsecured | 176.75 | 918.68 |
| 7. | Commonwealth Edison | Unsecured | 106.45 | 553.27 |
| 8. | Capital One | Unsecured | 149.98 | 779.54 |
| 9. | Resurgent Capital Services | Unsecured | 45.88 | 238.46 |
| 10. | Nicor Gas | Unsecured | 130.29 | 677.19 |
| 11. | Ford Motor Credit Corporation | Unsecured | 273.79 | 1,423.02 |
| 12. | Kurt Kolar, Esq | Unsecured |  | No Claim Filed |
| 13. | Pay Day Loans | Unsecured |  | No Claim Filed |
|  |  |  | $ 46,861.47 | $ 36,939.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 807.67 |
| 5% | 230.94 |
| 4.8% | 379.32 |
| 5.4% | 636.56 |
|  | $ 2,054.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kendricks, Monica

Printed:  12/28/07

Case Number:  05 B 28071
Judge:  Wedoff, Eugene R
Filed:  7/14/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

